IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES E. SMITH, | : | |
| Petitioner | : | |
| | : | No. 1:18-cv-00838 |
| v. | : | |
| | : | (Judge Kane) |
| COMMONWEALTH OF | : | |
| PENNSYLVANIA, et al., | : | |
| Respondent | : | |

# ORDER

**AND NOW**, on this 30th day of May 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner Charles E. Smith's petition for writ of habeas corpus (Doc. No. 1), is **DISMISSED without prejudice**; and

2. The Clerk of Court is directed to **CLOSE** this case.

<u>s/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania